# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-3386EM

_____

Richard P. Hayden,                                    *
                                                      *
                    Appellant,                        *
                                                      *      Appeal from the United States
            v.                                        *      District Court for the Eastern
                                                      *      District of Missouri.
Steve Palmer, Officer; Unknown                        *
Gregory, Captain; Unknown Cooksey,                    *            [UNPUBLISHED]
Officer,                                              *
                                                      *
                    Appellees.                        *

_____

Submitted:  August 4, 1998
Filed:  August 11, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Richard P. Hayden appeals the district court's adverse grant of summary judgment in Hayden's civil rights lawsuit. After careful review of the record and the parties' briefs, we conclude the court did not abuse its discretion in denying Hayden appointed counsel. We also conclude the district court correctly granted summary judgment relief and further discussion is not warranted. We affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.